■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN W. CALDWELL, Appellant.— Appeal (1) from a judgment rendered by the County Court, Nassau County, sentencing appellant to serve from 1 to 2 years and to pay a fine of $500 or to serve 90 days, after he had been found guilty by a jury of violating section 1826 of the Penal Law (taking unlawful fees), and (2) from each and every intermediate order therein made. Execution of the prison term was suspended, and the fine was paid. Judgment reversed upon the law and the facts, indictment dismissed, and fine remitted. There was no incriminating evidence other than that of the person or persons who claimed to have paid the fees to appellant. These witnesses were accomplices as a matter of law, and their uncorroborated testimony was insufficient to sustain the conviction (*People* v. *Cerveny*, 7 A D 2d 759). No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GAETANO COLETTE, Appellant.— Appeal (1) from a judgment rendered by the County Court, Kings County, sentencing appellant, after he had been found guilty by a jury of robbery in the first degree, to serve from 10 to 20 years, and (2) from an order denying his motion to set aside the verdict and for a new trial. Judgment reversed upon the law and the facts, and a new trial ordered. (See *People* v. *Barca*, 9 A D 2d 920.) No separate appeal lies from the intermediate order, which has been reviewed on the appeal from the judgment. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER ESPOSITO, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Kings County, sentencing appellant, after he had been found guilty by the court of endangering the life and health of a child (Penal Law, § 483), to serve six months in the New York City Penitentiary. Judgment unanimously affirmed. No opinion. Present— Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BETTE MACK, Appellant.— Appeal from a judgment rendered by the Court of Special Sessions of the City of New York, Kings County, convicting appellant of violating section 3305 of the Public Health Law and section 1751-a of the Penal Law (unlawful possession of a narcotic drug). Judgment unanimously affirmed. No opinion. Present— Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARION MACK, Appellant.— Appeal from a judgment rendered by the Court of Special Sessions of the City of New York, Kings County, convicting appellant of